# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TH PARADISE, LLC, *et al.*, | ) |
| | ) 2:15-cv-02347-APG-CWH |
| Plaintiffs, | ) |
| vs. | ) **SCHEDULING ORDER** |
| | ) |
| PARADISE SPA OWNERS ASSOC., | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order (doc. # 15), filed March 16, 2016. The Court has reviewed the parties' special scheduling request and, following a hearing on the proposed discovery plan (doc. # 17), finds that nine months is sufficient time for discovery in this case.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Proposed Discovery Plan and Scheduling Order (doc. # 15) is **denied**.

**IT IS FURTHER ORDERED** that the following dates shall govern discovery:

1. Discovery cutoff — **December 21, 2016**
2. Motions to amend pleadings and add parties — **September 22, 2016**
3. Expert designations — **October 24, 2016**
4. Rebuttal expert designations — **November 21, 2016**
5. Interim status report — **October 24, 2016**
6. Dispositive motions — **January 20, 2017**

**IT IS FURTHER ORDERED** that any extension of the discovery deadline will not be

allowed without a showing of **good cause** as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery, at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court, or at least **twenty-one (21) days** prior to the expiration of the subject deadline. Any extension or modification of a discovery deadline or subject deadline not filed at least twenty-one (21) days prior to the date fixed for completion of discovery or the expiration of the subject deadline must be supported by a showing that the failure to act was the result of **excusable neglect**. The motion or stipulation shall include:

1. A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;
2. A specific description of the discovery which remains to be completed;
3. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and
4. A proposed schedule for the completion of all remaining discovery.

It is not good cause for a later request to extend discovery that the parties informally postponed discovery. No stipulations are effective until approved by the Court, and "[a]ny stipulation that would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be made only with approval of the Court." See LR 7-1(b).

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, joint proposed Pretrial Order by **February 20, 2017**. If dispositive motions are filed, then the parties shall file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

DATED: March 21, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**