# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| TH PARADISE, LLC and TH PARADISE 2, LLC,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>PARADISE SPA OWNERS ASSOCIATION,<br><br>　　　　　　　Defendant. | Case No. 2:15-cv-02347-APG-CWH<br><br>**ORDER**<br><br>(ECF Nos. 9, 20) |

In light of the parties' notice of settlement (ECF No. 26),

IT IS ORDERED that the pending motions (ECF Nos. 9, 20) are DENIED without prejudice as moot.

DATED this 14th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE