Alexander G. LeVeque, Esq., Bar No. 11183
aleveque@sdfnvlaw.com
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Paradise Spa Owners Assn.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TH PARADISE, LLC, a California limited liability company; and TH PARADISE 2, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>PARADISE SPA OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendant. | Case No.:  2:15-cv-2347 -APG-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(ii)**<br><br>**ORDER** |

Pursuant to FRCP 41(a)(1)(ii), it is hereby STIPULATED AND AGREED by and between PARADISE SPA OWNERS ASSOCIATION, TH PARADISE, LLC and TH PARADISE 2, LLC, by and through their respective counsel of record, that all claims by and between them shall be, and hereby are, dismissed in their entirety with prejudice, with each party to bear their own attorneys' fees and costs.

**ORDER**

IT IS SO ORDERED.

Dated: December 16, 2016.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DATED THIS 15TH DAY OF DECEMBER, 2016. | DATED THIS 15TH DAY OF DECEMBER, 2016. |
| SOLOMON DWIGGINS & FREER, LTD. | SNELL & WILMER, L.L.P. |

DATED THIS 15TH DAY OF DECEMBER, 2016.

SOLOMON DWIGGINS & FREER, LTD.

By: -- /s/ Alexander G. LeVeque
    ALEXANDER G. LEVEQUE, ESQ.
    Nevada Bar No. 11183
    9060 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Telephone: (702) 853-5483
    Facsimile: (702) 853-5485

*Attorneys for Paradise Spa Owners Association*

DATED THIS 15TH DAY OF DECEMBER, 2016.

SNELL & WILMER, L.L.P.

By: -- /s/ Bob L. Olson
    BOB L. OLSON, ESQ.
    Nevada State Bar No. 3783
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252

*Attorneys for TH Paradise, LLC and TH Paradise 2, LLC*